[Cite as *Suchernick v. Ashtabula Area City Schools*, 2026-Ohio-2883.]

# IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| MICHAEL SUCHERNICK | Case No. 2026-00549PQ |
| Requester | Judge Lisa L. Sadler |
| v. | <u>JUDGMENT ENTRY</u> |
| ASHTABULA AREA CITY SCHOOLS | |
| Respondent | |

{¶1} The special master has issued a recommendation to dismiss this public-records case. She recommends dismissal because the case exceeds the scope of the special statutory process at R.C. 2743.75 and seeks to enforce overbroad records requests.

{¶2} R.C. 2743.75(D)(2) authorizes this court to sua sponte dismiss a complaint on the court's own motion. *See*, *e.g.*, *Jones v. Allen Cty. Common Pleas Court*, 2023-Ohio-1863, ¶ 4, adopted 2023-Ohio-2324 (Ct. of Cl.) (dismissing a complaint for failure to state a claim). The special statutory process set by R.C. 2743.75 is explicitly intended to provide "an expeditious and economical procedure" for resolution of public-records disputes. R.C. 2743.75(A). The process is designed accordingly, setting an abbreviated briefing schedule, eliminating discovery and motions practice, and establishing quick timelines for pleading and judicial decisions. *See* R.C. 2743.75(C)-(F). Further, a complaint that seeks to enforce an overbroad public-records request fails to state a claim. *Ryan v. City of Ashtabula*, 2023-Ohio-621, ¶¶ 9, 13, adopted 2023-Ohio-1487 (Ct. of Cl.). The special master found that the complaint at issue exceeded the scope of this court's public-records process by claiming, at a conservative estimate, over 85 public-records requests. The special master also found that many of these public-records requests failed to state a claim because they sought to enforce an overbroad records request.

{¶3} Pursuant to R.C. 2743.75(D)(2), "Notwithstanding any provision to the contrary in [R.C. 2743.75], upon the recommendation of the special master, the court of claims on its own motion may dismiss the complaint at any time." Upon review, the court finds that the special master's recommendation for dismissal is well taken. Accordingly, pursuant to R.C. 2743.75(D)(2), upon the special master's recommendation, the court sua sponte dismisses the complaint in this case without prejudice. Court costs are assessed against requester. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
LISA L. SADLER
Judge

**Filed June 24, 2026**
**Sent to S.C. Reporter 7/27/26**